AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Mary E. Harkins | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. _____ |
| Ed Webb | ) |
| *Defendant* | ) |

*FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS*

SEP 16 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

This case assigned to District Judge *Miller*

4:09MC028BSM

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 07/28/2009.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: September 1, 2009

**Fernando Galindo, Clerk**
CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*